**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

Romero

_____

vs.

VA Loma Linda

_____

**CIV SB 2 3 2 5 6 7 7**

Case No.: _____

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino _____ District of the Superior Court under Rule131 and General Order of this court for the checked reason:

☐ General                    ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☒ | 20. Other _____ | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

VA Hospital Loma Linda                    11201 Benton st.
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR              ADDRESS

Loma Linda                              CA.            92354
CITY                                    STATE          ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on 18 OCT, 2023 at _____,
California.

_____
Signature of Attorney/Party

Form # 13-16503-360
Mandatory Use

CERTIFICATE OF ASSIGNMENT                    Rev. June 2019

**Exhibit 1**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orlando Romero Jr. General Delivery Loma Linda CA 92354 | |
| TELEPHONE NO.:  FAX NO. (Optional): | **F I L E D** SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO SAN BERNARDINO CIVIL DIVISION |
| E-MAIL ADDRESS: NONE | OCT 20 2023 |
| ATTORNEY FOR (Name): NONE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 W. 3rd st.
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino CA- 9-
BRANCH NAME:

BY: _____ SYLVIA QUIJADAS, DEPUTY

CASE NAME: Romero VS (VA) Loma Linda

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: CIV SB 2 3 2 5 6 7 7 |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT.: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☑ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☑ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 5
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 18 OCT 2023

Orlando Romero Jr
(TYPE OR PRINT NAME)

▶ _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courts.ca.gov |
|---|---|---|

**4**

**Exhibit 1**

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Orlando Romero Jr.<br>General Delivery<br>Loma Linda CA. 92354<br>TELEPHONE NO: None  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* None<br>ATTORNEY FOR *(Name):* | **FOR COURT USE ONLY**<br>**F I L E D**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO CIVIL DIVISION<br>**OCT 20 2023**<br>BY _____<br>SYLVIA QUIJARDO, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 W. 3rd st San Bernardino
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino CA.
BRANCH NAME:

PLAINTIFF: Orlando Romero Jr

DEFENDANT: Johnny McClatchy: Anthony Mesa: Andrew Montes:

DOES 1 TO Anthony Bridges : (VA) Police

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br><br>[X] **AMENDED** *(Number):* ~~~~~~~~~~ : Grand theft<br>**Type** *(check all that apply):* Emotional Distress : [X] 24RS.<br>Stalk / Harrassment<br>☐ **MOTOR VEHICLE**  ☐ **OTHER** *(specify):* ID theft / Fraud<br>  [X] Property Damage  ☐ Wrongful Death<br>  [X] Personal Injury  [X] Other Damages *(specify):* Invasion of Privacy | **CASE NUMBER:** |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE**<br>  Amount demanded ☐ does not exceed $10,000<br>  ☐ exceeds $10,000, but does not exceed $25,000<br>[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint<br>  ☐ from limited to unlimited<br>  ☐ from unlimited to limited | **CIV SB 2325677** |

1. **Plaintiff** *(name or names):* Orlando Romero Jr.
   alleges causes of action against **defendant** *(name or names):* Anthony Bridges: Anthony Mesa
   Johnny McClatchy: Andrew Montes: (VA) Police

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor  ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

**Exhibit 1**



**Exhibit 1**

SHORT TITLE: _Romero Vs. (VA) Loma Linda_    CIV SB 2325677    PLD-PI-001

4. ☐ Plaintiff (name): _Orlando Romero Jr._
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
    a. ☐ **except** defendant (name):                 c. ☐ **except** defendant (name):
        (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation                                (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):

        (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):

        (5) ☐ other (specify):                             (5) ☐ other (specify):

    b. ☐ **except** defendant (name):                 d. ☐ **except** defendant (name):
        (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation                                (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe):         (3) ☐ an unincorporated entity (describe):

        (4) ☐ a public entity (describe):                  (4) ☐ a public entity (describe):

        (5) ☐ other (specify):                             (5) ☐ other (specify):

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
    a. ☐ Doe defendants (specify Doe numbers): _2   VA Police Sgt._ were the agents or employees of other
        named defendants and acted within the scope of that agency or employment.
    b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to
        plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
    a. ☐ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, **and**
    a. ☒ has complied with applicable claims statutes, **or**
    b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

**7**                                          **Exhibit 1**

**PLD-PI-001**

SHORT TITLE: Romero VS (VA) Loma Linda    CASE NUMBER: CIV SB 2325677

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*    2005 mazda MPV • 2003 Honda Accord • 20 Honda VT 1100

a. [X] Motor Vehicle — Engine damage: Radiator, thermost • Engine damage - starter •

b. [X] General Negligence — (VA) Police, visitors not signing log book  Alternator  Battery
   at ER, Cameras place in Apartment & car    Battery    Starter
                                                          starter Relay

c. [ ] Intentional Tort

d. [ ] Products Liability

e. [X] Premises Liability — (VA) Hospital HUD-VASH • VA Hospital video tapes me.

f. [ ] Other *(specify):* Malpractice • Negligence & fault to injury • Invasion of Privacy

11. Plaintiff has suffered    Small Buisness, Paint&Sell

a. [X] wage loss —

b. [X] loss of use of property — VAN, motorcycle, car, phones X5

c. [X] hospital and medical expenses — ER for Pt. Foot, ankle • Mental Distress
                                                                              Relationships: Pain Suffer

d. [X] general damage — motorcycle accident: Broken Family

e. [X] property damage — VAN, CAR, motorcycle, radio, cell ph, • Rehab Tx.

f. [X] loss of earning capacity — due to accident, can not work • drug/Alcohol, Counseling

g. [X] other damage *(specify):* Health wise, mental health, technology abuse • Public disclosure of facts
   Verbal Abuse, Cyber abuse, technology abuse • Public disclosure of facts
   Publicity that puts person in false light in public Eye • Slander • Intrusion
   of solitude • Electronic Intrusion

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. [ ] listed in Attachment 12.

b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.    Yes

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) [X] compensatory damages

   (2) [X] punitive damages

   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

   (1) [ ] according to proof

   (2) [X] in the amount of: $ **25.4** Million dollars.

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 18 Oct. 2023

Orlando Romero Jr.
(TYPE OR PRINT NAME)

▶ Orlando Romero
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.



Print this form    Save this form    Clear this form

**8**    **Exhibit 1**

| NEGLIGENCE | - FROM FEBUARY 2022 - MARCH 2023

1  I lived at the Orchards Senior

2  Living complex. There the land lord confirmed there

3  were hidden Cameras in #204 and that the (VA) placed

4  them there. During this time around (10) people each

5  day at 1900 - 0536 came to IT dept with Mc Clatchy

6  to view me on Camera + Audio. The (VA)

Attorney(s) for

7  Police have ~~eeeee~~ sign in/out Log book for visitors.

8  No one everfiled the log in sheet for (12) months

9  while in IT Dept. they were committing crime of

Peeping Tom & Negligent

COURT OF CALIFORNIA, COUNTY OF SB 2 3 2 5 6 7 7

No. DECLARATION

Plaintiff(s)  Romero

vs.

(VA) Hospital Loma Linda :
Johnny Mc Clatchy : Anthony Mesa
Anthony Bridges **Defendant(s)** Andrew Montes.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

OCT 20 2023

BY_____
SYLVIA GUAJARDO, DEPUTY

(MEDICAL MALPRACTICE): 1.) (VA) Police allowing
Non-employees into Information Techology Dept with
Johnny Mc Clatchy w/o signing in or out on (VA) police
log book. while there I was viewed in my private
home having sex, using toilet, masterbating, showering
2) Johnny Mc Clatchy & Anthony Mesa from (VA) IT
Dept. can view into residence Homes in the bathroom
& shower watching people having sex.
3.) Johnny Mc Clatchy can view miles away with
IT Equipment and see and hear conversations
so they can do ID theft & fraud.
(EMOTIONAL DISTRESS Infliction) Since September
2021 I was stalked & Harrassed by Anthony
M. Mesa and Veterans Court participants (VA)

Legal
Solutions
Plus

(1)

**9**                                **Exhibit 1**

**Exhibit 1**

1  Johnny McClatchy at (VA) Hospital IT dept.
2  would use instruments, computers, Apps to
3  do "Peeping Tom" & Eavesdropping. This lead
4  to ID theft & Fraud by view mail or Bank
5  accounts on phones and emails. They would
6  also see people Nude. I was a victim of
7  this while at the Orchards Senior Apartments
8  in Fontana Ca. Everyday I was followed
9  by Mr. Mesa, who I later found out placed
10 cameras in my Van, Honda Accord, and would
11 verbally threaten me to move out of Loma
12 Linda Ca. and Johnny McClatchy would
13 threaten me to steal my direct deposit
14 compensation that (VA) gives me. Andrew Montes
15 Social worker would follow me also
16 and threaten to sabotage my HUD-VASH
17 Section 8 voucher. Everyday 24/7 they would
18 have eyes & Ears on me, They would not
19 stop, stealing from my homes, damaging
20 cell phones x5, Smart TV, using Cyber technology
21 they can see my username & P.I# on emails,
22 The (VA) IT dept & (VA) police would allow
23 Mesa, & McClatchy to See & hear everything.
24 which lead to multiple Felony Crimes.
25 
26 DEFAMATION : Mr Anthony M. Mesa &
27 son Anthony Mesa Jr. would use electronic
28 means to constantly bad mouth, speak
   insults to me and pass this private info
   like SSN #, Bank Acct #, Medical Info
   (2)

**11**                                    **Exhibit 1**

1 to others on a chat group (VA) police is
2 aware of the "Iron Curtain" in IT dept
3 and knows that they were committing
4 crimes. (VA) police did nothing. I called
5 several times to san Berdo sheriff and
6 reported stalking/Harassing, damage to personal
7 property. Fontana P.D, Redlands P.D, to report
8 damage to vehicles, Residential Burglary, Fraud,
9 Stolen Wifi Internet, hidden cameras, microphones
10 They constantly gave my personal info away to people
11 along with verbal assaults.
12 Premises Liability. — Crimes of viewing inside
13 peoples homes like Invasion of privacy were
14 often committed by Johnny McClatchy from the
15 (VA) Hospital IT dept at Night. The premises
16 were I lived 8187 Palmetto Ave #204 Fontana Ca.
17 were responsible as I was assaulted by Anthony
18 Bridges who attends (VA) Loma Linda & Vet Court.
19 Bridges was also suspect in Peeping in Restrooms
20 through ventilation system. I caught him.
21 Lilly Viscara Landlord said (VA) Hospital placed
22 cameras in car + Apartment, with audio (VA)
23 Police LT Barney, Sgt. Johnson, Mr. Price were aware
24 of the capabilities of the "Iron Curtain" computer
25 I was a victim to slander, emotional distress
26 which caused me to use alcohol & Street drugs
27 to cope with emotional distress which
28 lead to depression, high Blood presure, PTSD,
At times I would cry and beg the people
whom I only could hear, to stop. (3)

Exhibit 1

1. FRAUD — My Wells Fargo checking Acct
2. had fraud at $26,000 in September
3. of 2021 after release of prison. My Chase Bank
4. checking/saving had fraud at different
5. times $100 $300 $600. McClatchy & Mesa
6. confessed to me they stole it from IT dept
7. because I would not leave VA Loma Linda
8. Health Care Sys, or move out of Loma Linda
9. My Food Stamp (EBT) was fraud & stolen
10.
11. Personal Property — Anthony Mesa &
12. Johnny McClatchy I dentified themselves
13. as VA Police. McClatchy is IT dept, Mr. Mesa
14. is not an employee but an informant to VA
15. police, gets paid under the table from VA
16. police, they used VA computers to electronically
17. damage motor vehicles so they would not
18. start or run properly. Causing me to spend
19. thousands of dollars on parts and labor.
20. (1) Van (1) Honda Accord (1) Honda motorcycle
21. They constantly lie and (3) times called
22. tow trucks to have my vehicle towed.
23. (1) Van Towed (2) Honda Accord Towed (3) Motorcycle
24. towed. I spent thousands of dollars to
25. get them out. Stalk/Harrassment all day
26. every day. DISCRIMINATION: CIVIL RIGHTS
27.
28. In September 2023, I filed and served VA Police (2)
    Restraining Orders for Johnny McClatchy & Anthony
    MESA. I was Arrested by VA Police LT. BARNES FOR LOUD
    NOISES NEAR Dispatch. I WAS Never by dispatch, I was
    IN MY CAR (10) miles away, I WAS because the IRON CURTAIN
    AMPLIFIES SOUND. IT WAS A FALSE ARREST.

**13**                                    Exhibit 1



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Romero, Jr. -v-  Bridges et al | |
| --- | --- |
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number |
| | CIVSB2325677 |

Orlando Romero Jr.
General Delivery
LOMA LINDA CA  92354

This case has been assigned to:  . TBD in Department S30 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date:  04/17/2024  at 8:30 AM in Department S30 - SBJC

Date:  10/20/2023                    By: _____
                                           Charisse Navarro, Deputy Clerk

---

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:
☐ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
☑ A copy of this notice was given to the filing party at the counter.
☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.
Date of Mailing:  10/20/2023

I declare under penalty of perjury that the forgoing is true and correct.  Executed on 10/20/2023 at San Bernardino, CA.

                                    By: _____
                                        Charisse Navarro, Deputy Clerk

**FW-003**   **Order on Court Fee Waiver**
**(Superior Court)**

Clerk stamps date here when form is filed.

**①** **Person who asked the court to waive court fees:**
Name: Orlando Romero Jr
Street or mailing address: Homeless General DELIVERY
City: Loma Linda   State: CA   Zip: 92354

**②** **Lawyer, if person in ① has one** *(name, firm name, address, phone number, e-mail, and State Bar number):* NONE

Fill in court name and street address:
Superior Court of California, County of
County of San Bernardino
San Bernardino District-Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

**③** A request to waive court fees was filed on *(date):* 17 Oct 2023

☑ The court made a previous fee waiver order in this case on *(date):* Yes

Fill in case number and name:
Case Number: CIVSB 2325677

Case Name:

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**④** After reviewing your: ☑ *Request to Waive Court Fees*   ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a. ☐ **The court grants** your request, as follows:

(1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:
- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
- ☐ Jury fees and expenses
- ☐ Fees for court-appointed experts
- ☐ Other *(specify):* _____
- ☐ Fees for a peace officer to testify in court
- ☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**   **FW-003, Page 1 of 3**

Your name: _Orlando Romero Jr_    Case Number: **CIVSB 2 3 2 5 6 7 7**

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below    ☐ On Attachment 4c(1)

_____
_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below    ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

Your name: _____

Case Number: GIV-SB 2 3 2 5 6 7 7

Name and address of court if different from above:

┌─────────┐
│ Hearing │  → Date: _____  Time: _____  _____
│  Date   │     Dept.: _____  Room: _____  _____
└─────────┘                                       _____

┌──────────────────────────────────────────────────────────────────────┐
│ **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your │
│ request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot │
│ process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be │
│ dismissed. │
└──────────────────────────────────────────────────────────────────────┘

Date: _____  OCT 3 0 2023

_____         _____
Signature of (check one):   ☐ Judicial Officer   ☒ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☒ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

  ☐ A certificate of mailing is attached.

Date: ____ OCT 3 0 2023 ____

Clerk, by _____ , Deputy
Name: _____

**This is a Court Order.**

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

OCT 20 2023

BY: _Sylvia Guajardo_
SYLVIA GUAJARDO, DEPUTY

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** _Anthony Bridges, Anthony Mesa, Johnny McClatchy, Andrew Montes (VA) Police._

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** _Orlando Romero Jr._

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>(El nombre y dirección de la corte es): | Superior Court of California<br>County of San Bernardino<br>San Bernardino District-Civil Division<br>247 West Third Street<br>San Bernardino, CA 92415-0210 | CASE NUMBER<br>(Número del Caso):<br>**CIV SB 2325671** |
|---|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

| DATE:<br>(Fecha)   **OCT 20 2023** | Clerk, by<br>(Secretario) _Sylvia Guajardo_ | , Deputy<br>(Adjunto)<br>SYLVIA GUAJARDO |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)
☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |
|---|---|---|



**Exhibit 1**



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Romero, Jr. -v-  Bridges Et Al | |
| --- | --- |
| **NOTICE OF RETURN OF DOCUMENT(S)** | Case Number |
| | CIVSB2325677 |

To:   Orlando Romero Jr.
      General Delivery
      Loma Linda Ca  92354

Documents are being returned for the following reason(s):

Proof of service (x4); The party serving the papers cannot be a party to the case. Plaintiff is listed as the serving party in section 7.

**Please keep this notice attached when resubmitting.  Thank you.**

Date: 11/22/2023                                        By:   Abrianna Rodriguez, Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents.

Date of Mailing:  11/22/2023

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 11/22/2023 at San Bernardino

By:   *Abrianna Rodriguez*
      Abrianna Rodriguez, Deputy Clerk

NOTICE RETURNING DOCUMENT(S)

**20**                                        **Exhibit 1**

Anthony Mesa                    **POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Orlando Romero Jr.
General Delivery
Loma Linda CA. 92354

TELEPHONE NO.: None                    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*  None
ATTORNEY FOR *(Name):*  None

FOR COURT USE ONLY

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

**NOV 2 7 2023**

BY: _____ Kayla Schuebel, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Bernardino
STREET ADDRESS:  247 W. 3rd St.
MAILING ADDRESS:  San Bernardino CA. 92415
CITY AND ZIP CODE:  S.B.
BRANCH NAME:

PLAINTIFF/PETITIONER:  Orlando Romero Jr.
DEFENDANT/RESPONDENT:  VA Hospital : Anthony Mesa

CASE NUMBER:  CIVSB 2325677

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Certificate of Assignment

3. a. Party served *(specify name of party as shown on documents served):*  Anthony Mesa

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  11201 Benton St. Loma Linda CA. 92354

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 10.24.23    (2) at *(time):* 14:00
   b. ☐ **by substituted service.** On *(date):*            at *(time):*            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*            from *(city):*            **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS-010**

| | |
|---|---|
| PLAINTIFF/PETITIONER: *Orlando Romero Jr.* | CASE NUMBER: |
| DEFENDANT/RESPONDENT: *VA Hospital Loma Linda; Anthony Mass* | *CIVSB 2325677* |

5.  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*         (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [✗] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. [ ] as an individual defendant.

  b. [ ] as the person sued under the fictitious name of *(specify):*

  c. [ ] as occupant.

  d. [ ] On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [✗] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7.  **Person who served papers**

  a. Name: *Orville Redenbuck*

  b. Address: *11201 Benton St. Loma Linda Ca. 92354*

  c. Telephone number: *(909) 825 7084*

  d. **The fee** for service was: $ *0*

  e. I am:

    (1) [ ] not a registered California process server.

    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

    (3) [ ] a registered California process server:

      (i) [ ] owner [ ] employee [ ] independent contractor.

      (ii) Registration No.:

      (iii) County:

8.  [✗] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  **or**

9.  [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: *10/24/23*

*Orville Redenbuck*        ► *(signature)*

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]   [Save this form]      [Clear this form]

Anthony Mesa                                    **POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Orlando Romero Jr.
General Delivery
Loma Linda  CA. 92354

TELEPHONE NO.  None          FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional)*  None
ATTORNEY FOR *(Name):*  None

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

**NOV 2 7 2023**

BY: _____ Kayla Schuebel, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Bernardino
STREET ADDRESS:  247 W. 3rd St.
MAILING ADDRESS:  San Bernardino  CA.  92415
CITY AND ZIP CODE:  S.B.
BRANCH NAME:  S.B.

PLAINTIFF/PETITIONER:  Orlando Romero Jr.
DEFENDANT/RESPONDENT:  VA Hospital : Anthony Mesa

CASE NUMBER:  CIVSB 2325677

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):*  Certificate of Assignment

3. a. Party served *(specify name of party as shown on documents served):*  Anthony Mesa

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  11201 Benton St.  Loma Linda  CA. 92354

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*  10.24.23   (2) at *(time):*  14:00

   b. ☐ **by substituted service.** On *(date):* _____  at *(time):* _____ I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):* _____ from *(city):* _____  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

**Exhibit 1**

**POS-010**

| PLAINTIFF/PETITIONER: Orlando Romero Jr. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VA Hospital Loma Linda ; Anthony Mass | CIVSB 2325677 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☒ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☒ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: Orville Redenbuck

b. Address: 11201 Benton St. Loma Linda Cal. 92354

c. Telephone number: (909) 825 7084

d. **The fee** for service was: $ 0

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

        (i) ☐ owner ☐ employee ☐ independent contractor.

        (ii) Registration No.:

        (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/24/23

Orville Redenbuck

_____      ▶ _____
NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.      [Print this form]      [Save this form]      [Clear this form]

Anthony Mesa   **POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Orlando Romero Jr.
General Delivery
Loma Linda CA. 92354

TELEPHONE NO.: None   FAX NO. *(Optional):* None
E-MAIL ADDRESS *(Optional):* None
ATTORNEY FOR *(Name):* None

**FOR COURT USE ONLY**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

**NOV 27 2023**

BY: Kayla Schuebel, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 W. 3rd St.
MAILING ADDRESS: San Bernardino CA. 92415
CITY AND ZIP CODE: S.B.
BRANCH NAME: S.B.

PLAINTIFF/PETITIONER: Orlando Romero Jr.
DEFENDANT/RESPONDENT: VA Hospital : Anthony Mesa

CASE NUMBER: CIVSB 2325677
Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Certificate of Assignment

3. a. Party served *(specify name of party as shown on documents served):* Anthony Mesa
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 11201 Benton St. Loma Linda CA. 92354

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 10.24.23   (2) at *(time):* 14:00
   b. [ ] **by substituted service.** On *(date):* ___ at *(time):* ___ I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* ___ from *(city):* ___ or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS-010**

| PLAINTIFF/PETITIONER: Orlando Romero Jr. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: VA Hospital Loma Linda; Anthony Moss | CIVSB 2325677 |

5.  c. ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*           (2) from *(city):*

   (2) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☒ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

      | | |
      |---|---|
      | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☒ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7.  **Person who served papers**
   a. Name: Orville Redenbuck
   b. Address: 11201 Benton St. Loma Linda Cal. 92354
   c. Telephone number: (909) 825 7084
   d. **The fee** for service was: $ 0
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      **or**
9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/24/23

Orville Redenbuck          ► Orville Redenbuck
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [ Print this form ]   [ Save this form ]     [ Clear this form ]

         **Exhibit 1**

Anthony Mesa    **POS-010**

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Orlando Romero Jr.<br>General Delivery<br>Loma Linda CA. 92354<br>TELEPHONE NO.: None    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): None<br>ATTORNEY FOR (Name): None | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br><br>NOV 2 7 2023<br><br>BY: Kayla Schuebel, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 W. 3rd St.
MAILING ADDRESS: San Bernardino CA. 92415
CITY AND ZIP CODE: S.B.
BRANCH NAME: S.B.

PLAINTIFF/PETITIONER: Orlando Romero Jr.

DEFENDANT/RESPONDENT: VA Hospital : Anthony Mesa

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | CIVSB 2325677 |
| | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Certificate of Assignment

3. a. Party served *(specify name of party as shown on documents served):* Anthony Mesa

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 11201 Benton St. Loma Linda CA. 92354

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 10.24.23    (2) at *(time):* 14:00

   b. ☐ by substituted service. On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

**Exhibit 1**

**POS-010**

| | |
|---|---|
| PLAINTIFF/PETITIONER: *Orlando Romero Jr.* | CASE NUMBER: |
| DEFENDANT/RESPONDENT: *VA Hospital Loma Linda ; Anthony Mass* | *CIVSB 2325677* |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

   (1) on *(date):*        (2) from *(city):*

   (2) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☑ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☒ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                         ☐ other:

7. **Person who served papers** *Orville Redenbuck*

  a. Name: *Orville Redenbuck*

  b. Address: *11201 Benton St. Loma Linda Cal. 92354*

  c. Telephone number: *(909) 825 7084*

  d. **The fee** for service was: $ *0*

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: *10/24/23*

*Orville Redenbuck*        ▶ *(signature)*

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

**PROOF OF SERVICE OF SUMMONS**     Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   | Print this form | | Save this form |   | Clear this form |

Anthony Mesa    **POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orlando Romero Jr.<br>General Delivery<br>Loma Linda CA. 92354<br><br>TELEPHONE NO.: None    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* None<br>ATTORNEY FOR *(Name):* None | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br><br>**NOV 27 2023**<br><br>BY: Kayla Schuebel, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 W. 3rd st.
MAILING ADDRESS: San Bernardino CA. 92415
CITY AND ZIP CODE: S.B.
BRANCH NAME: S. B.

PLAINTIFF/PETITIONER: Orlando Romero Jr.
DEFENDANT/RESPONDENT: VA Hospital: Anthony Mesa

CASE NUMBER: CIVSB 2325677

Ref. No. or File No.:

### PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Certificate of Assignment

3. a. Party served *(specify name of party as shown on documents served):* Anthony Mesa

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 11201 Benton St. Loma Linda CA. 92354

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 10.24.23    (2) at *(time):* 14:00

   b. ☐ by substituted service. On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

**Exhibit 1**

**POS-010**

| | |
|---|---|
| PLAINTIFF/PETITIONER: *Orlando Romero Jr.* | CASE NUMBER: |
| DEFENDANT/RESPONDENT: *VA Hospital Loma Linda ; Anthony Mass* | *CIVSB 2325677* |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):*            (2)  from *(city):*

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☒  **by other means** *(specify means of service and authorizing code section):*

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  ☐  as an individual defendant.

  b.  ☐  as the person sued under the fictitious name of *(specify):*

  c.  ☐  as occupant.

  d.  ☐  On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☒ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**

  a.  Name:  *Orville Redenbuck*

  b.  Address:  *11201 Benton St, Loma Linda Ca. 92354*

  c.  Telephone number:  *(909) 825 7084*

  d.  **The fee** for service was: $  *0*

  e.  I am:

    (1)  ☐  not a registered California process server.

    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3)  ☐  a registered California process server:

      (i)  ☐  owner  ☐  employee  ☐  independent contractor.

      (ii)  Registration No.:

      (iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  *10/24/23*

*Orville Redenbuck*          ▶ *Orville Redenbuck*

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]    [Save this form]      [Clear this form]

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |

ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.:

NAME: Orlando Romero Jr.

FIRM NAME:

STREET ADDRESS: General Delivery

CITY: Loma Linda    STATE: CA.    ZIP CODE: 92354

TELEPHONE NO.: None    FAX NO.:

E-MAIL ADDRESS: None

ATTORNEY FOR (name):

**FOR COURT USE ONLY**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

**NOV 29 2023**

_Jordyn Drake_
BY: Jordyn Drake, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino

STREET ADDRESS: 247 W. 3rd st.

MAILING ADDRESS: San Bernardino, CA. 92415

CITY AND ZIP CODE:

BRANCH NAME: S. D

Plaintiff/Petitioner: Orlando Romero Jr.

Defendant/Respondent: VA Hospital Loma Linda ① Johnny me clatch ② Anthony Mesa ③ Anthony Bridges ④ Andrew Montes ⑤ VA Police

| REQUEST FOR (Application) | ☒ Entry of Default ☐ Court Judgment | ☐ Clerk's Judgment | CASE NUMBER: CIVSB 2325677 |

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.); (see form CIV-105)**

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): Oct. 20, 2023
   b. by (name): Orlando Romero Jr.
   c. ☒ Enter default of defendant (names): VA Police, Anthony Bridges, Anthony Mess, Andrew Montes, Johnny McClatchy.
   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)

   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
      ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) ☐ for default previously entered on (date):

2. **Judgment to be entered.**

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. | Demand of complaint | $ 25.4 million dollars | $ | $ |
| b. | Statement of damages* | | | |
| | (1) Special | $ 0 | $ | $ |
| | (2) General | $ | $ | $ |
| c. | Interest | $ | $ | $ |
| d. | Costs (see reverse) | $ | $ | $ |
| e. | Attorney fees | $ | $ | $ |
| f. | **TOTALS** | $ 25.4 million dollars | $ | $ |

   g. **Daily damages** were demanded in complaint at the rate of: $ ____ per day beginning (date):

   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 11/28/23

Orlando Romero Jr.
(TYPE OR PRINT NAME)

▶ _Orlando Romero Jr._
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ☒ Default entered as requested on (date): NOV 29 2023 | |
| | (2) ☐ Default NOT entered as requested (state reason): | |
| | Clerk, by _Jordyn Drake_ , Deputy | Page 1 of 3 |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

**Exhibit 1**

**CIV-100**

| | |
|---|---|
| Plaintiff/Petitioner: *Orlando Romero Jr.* | CASE NUMBER: *CIVSB2325677* |
| Defendant/Respondent: *VA Loma Linda-Johnny McClatchy, Andrew Montes, VA Police, VA Police, Anthony Mese, Anthony Bridges* | |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☑ did **not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

  a. Assistant's name:
  b. Street address, city, and zip code:

  c. Telephone no.:
  d. County of registration:
  e. Registration no.:
  f. Expires on *(date)*:

5. ☐ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a))*. This action

  a. ☐ is ☐ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
  b. ☐ is ☐ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
  c. ☐ is ☐ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

  a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

  b. ☐ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

    (1) Mailed on *(date)*:
    (2) To *(specify names and addresses shown on the envelopes)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date:

*Orlando Romero Jr.*
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)*. Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

  a. Clerk's filing fees ................... $ *0*
  b. Process server's fees ................. $ *0*
  c. Other *(specify)*: $ *0*
  d. $
  e. **TOTAL** ........................... $ *25.4 million Dollars*
  f. ☐ Costs and disbursements are waived.
  g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date:

*Orlando Romero Jr.*
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 2 of 3

**Exhibit 1**

**CIV-100**

| | |
|---|---|
| Plaintiff/Petitioner: *Orlando Romero Jr.* | CASE NUMBER: *CIVSB 2325677* |
| Defendant/Respondent: *VA Police, Johany McClatchy, Anthony Mesa, Anthony Bridges, Andrew Montes* | |

8. **Declaration of nonmilitary status** *(required for a judgment).*
No defendant/respondent named in item 1c is in the military service of the United States as defined by either the Servicemembers Civil Relief Act (see 50 U.S.C. § 3911(2)) or California Military and Veterans Code sections 400 and 402(f).

I know that no defendant/respondent named in item 1c is in the U.S. military service because *(check all that apply)*:

a. ☐ the search results that I received from *https://scra.dmdc.osd.mil/* say the defendant/respondent is not in the U.S. military service.

b. ☐ I am in regular communication with the defendant/respondent and know that they are not in the U.S. military service.

c. ☒ I recently contacted the defendant/respondent, and they told me that they are not in the U.S. military service.

d. ☐ I know that the defendant/respondent was discharged from U.S. military service on or about *(date):*

e. ☐ the defendant/respondent is not eligible to serve in the U.S. military because they are:
☐ incarcerated ☐ a business entity

f. ☐ other *(specify):*

---

**Note**
- U.S. military status can be checked online at *https://scra.dmdc.osd.mil/*.
- If the defendant/respondent is in the military service, or their military status is unknown, the defendant/respondent is entitled to certain rights and protections under federal and state law before a default judgment can be entered.
- For more information, see *https://selfhelp.courts.ca.gov/military-defaults*.

---

I declare under penalty of perjury under the laws of the State of California that the foregoing item 8 is true and correct.

Date: *29 Nov 2023*

*Orlando Romero Jr*
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

Page 3 of 3

| | |
|---|---|
| CIV-100 [Rev. January 1, 2023] | **REQUEST FOR ENTRY OF DEFAULT**<br>(Application to Enter Default) |

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]  [ Clear this form ]

**33**                    **Exhibit 1**



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Romero, Jr. -v-  Bridges Et Al | |
|---|---|
| **NOTICE OF RETURN OF DOCUMENT(S)** | Case Number |
| | CIVSB2325677 |

To:

Documents are being returned for the following reason(s):

(Proposed) Default Judgment by clerk received on 11/30/2023 pulled for processing on 3/9/2024. Must name parties as sued. "VA Hospital" is not a listed party on the complaint, but is listed on the proposed Judgment. (Proposed) Judgment is unclear as to who the judgment is for as the box #5(a) "for plaintiff" is marked as well as box 5(b) "for defendant. Defendants are listed as judgment for and against. Clerk judgment not allowed for the amount requested "$25.4 million dollars". This amount exceeds amount allowed for clerk's judgment. Must resubmit as Court Judgment along with any declarations and exhibits to support requested amount for the Court's review.

**Please keep this notice attached when resubmitting.  Thank you.**

Date: 3/9/2024                                          By:    Jessica Joanis, Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents.

Date of Mailing:  3/9/2024

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 3/9/2024 at San Bernardino

By:    *Jessica Joanis*
      Jessica Joanis, Deputy Clerk

NOTICE RETURNING DOCUMENT(S)

**Exhibit 1**



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Romero, Jr. -v-  Bridges Et Al | |
| --- | --- |
| **NOTICE OF RETURN OF DOCUMENT(S)** | Case Number |
| | CIVSB2325677 |

To:    Orlando Romero Jr.
        General Delivery
        Loma Linda Ca  92354

Documents are being returned for the following reason(s):

(Proposed) Default Judgment by clerk received on 11/30/2023 pulled for processing on 3/9/2024. Must name parties as sued. "VA Hospital" is not a listed party on the complaint, but is listed on the proposed Judgment. (Proposed) Judgment is unclear as to who the judgment is for as the box #5(a) "for plaintiff" is marked as well as box 5(b) "for defendant. Defendants are listed as judgment for and against. Clerk judgment not allowed for the amount requested "$25.4 million dollars". This amount exceeds amount allowed for clerk's judgment. Must resubmit as Court Judgment along with any declarations and exhibits to support requested amount for the Court's review.

**Please keep this notice attached when resubmitting.  Thank you.**

Date: 3/9/2024                                                    By:    Jessica Joanis, Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents.

Date of Mailing:  3/9/2024

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 3/9/2024 at San Bernardino

By:    *Jessica Joanis*
        Jessica Joanis, Deputy Clerk

NOTICE RETURNING DOCUMENT(S)

**Exhibit 1**



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Romero, Jr. -v-  Bridges Et Al | |
|---|---|
| **NOTICE OF RETURN OF DOCUMENT(S)** | Case Number<br>CIVSB2325677 |

To:   Orlando Romero Jr.
      General Delivery
      Loma Linda Ca  92354

Documents are being returned for the following reason(s):

Form CIV-100 missing in order to file in judgement

**Please keep this notice attached when resubmitting.  Thank you.**

Date: 3/19/2024                                   By:   Janelle Martinez, Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents.

Date of Mailing:  3/19/2024

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 3/19/2024 at San Bernardino

                                   By:   *Janelle Martinez*
                                         Janelle Martinez, Deputy Clerk

NOTICE RETURNING DOCUMENT(S)



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Romero, Jr. -v-  Bridges Et Al | |
|---|---|
| **NOTICE OF RETURN OF DOCUMENT(S)** | Case Number |
| | CIVSB2325677 |

To:   Orlando Romero Jr.
      General Delivery
      Loma Linda Ca  92354

Documents are being returned for the following reason(s):

Regarding Request for Entry of Default and Proposed Judgment received on March 28, 2024, Clerk Judgement not allowed for for the amount requested "25.4 million dollars".  This amount exceeds amount allowed for clerk's judgement.  Must resubmit as Court Judgement along with any declarations and exhibits to support requested amount for the Courts review

**Please keep this notice attached when resubmitting.  Thank you.**

Date:  4/5/2024                                   By:   Crista Martinez, Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☒   Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this
     date, following standard Court practices.

☐   Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed
     to the interested party and addressed as shown above or as shown on the attached listing.

☐   A copy of this notice was given to the filing party at the counter.

☐   A copy of this notice was placed in the bin located at this office and identified as the location for the above law
     firm's collection of file stamped documents.

Date of Mailing:  4/5/2024

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 4/5/2024 at San Bernardino

                                    By:   *Crista Martinez*
                                          Crista Martinez, Deputy Clerk

---

NOTICE RETURNING DOCUMENT(S)

**Exhibit 1**



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# PORTAL MINUTE ORDER

**Case Number: CIVSB2325677**                                    **Date: 4/17/2024**

**Case Title:** **Romero, Jr.**
                        **-v-**
                        **Bridges et al**

---

**Department S30 - SBJC**          **Date: 4/17/2024**      **Time: 8:30 AM**      **Trial Setting Conference**

---

Judicial Officer: Charlie L Hill Jr.
Judicial Assistant: Victoria Sanchez
Court Reporter: Not Reported or Recorded
Court Attendant: Patrick Pierson

**Appearances**
Plaintiff Orlando Romero, Jr. present
Defendants Anthony Bridges, Anthony Mesa, Johnny McClatchy, Andrew Montes, VA Police not present

**Proceedings**
Hearing continued at the request of Plaintiff.

Reason: Default packet was submitted on 3/28/2024.  Matter continued to allow time for processing of judgment.

**Hearings**
OSC re: Status of Default Judgment set for 8/15/2024 at 8:30 AM in Department S30 - SBJC

**== Minute Order Complete ==**

**38**                                                          **Exhibit 1**



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
**San Bernardino District**
**247 West 3rd St**
**San Bernardino, CA 92415**
**www.sb-court.org**

# PORTAL MINUTE ORDER

**Case Number: CIVSB2325677**                                     **Date: 4/17/2024**

**Case Title:** **Romero, Jr.**
             **-v-**
             **Bridges et al**

---

| **Department S30 - SBJC** | **Date: 4/17/2024** | **Time: 8:30 AM** | **Trial Setting Conference** |

Judicial Officer: Charlie L Hill Jr.
Judicial Assistant: Victoria Sanchez
Court Reporter: Not Reported or Recorded
Court Attendant: Patrick Pierson

**Appearances**
Plaintiff Orlando Romero, Jr. present
Defendants Anthony Bridges, Anthony Mesa, Johnny McClatchy, Andrew Montes, VA Police not present

**Proceedings**
Hearing continued at the request of Plaintiff.

Reason: Default packet was submitted on 3/28/2024.  Matter continued to allow time for processing of judgment.

**Hearings**
OSC re: Status of Default Judgment set for 8/15/2024 at 8:30 AM in Department S30 - SBJC

**== Minute Order Complete ==**

**Exhibit 1**