UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-1702 JGB (DTBx)** | Date | September 18, 2024 |
|---|---|---|---|
| Title | ***Orlando Romero Jr. v. Anthony Bridges, et. al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

None Present                                                 None Present

**Proceedings:**    Order to Show Cause (IN CHAMBERS)

      On October 3, 2024, pro se plaintiff Orlando Romero, Jr. ("Plaintiff") filed a complaint in the Superior Court of California, County of San Bernardino against defendants Anthony Bridges ("Bridges"), Anthony Mesa ("Mesa"), Johnny McClatchy ("McClatchy"), Andrew Montes ("Montes"), and the Department of Veteran's Affairs ("VA"). ("Complaint," Dkt. No. 1-1.) On August 12, 2024, nonparty United States of America ("USA") removed the action to this Court. ("Removal," Dkt. No. 1.) On August 14, 2024, the USA substituted as a defendant for McClatchy and Montes. ("Substitution," Dkt. No. 6.) On August 19, 2024, defendants USA and VA (collectively, the "Federal Defendants") moved to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). ("Motion," Dkt. No. 8.) The Motion is noticed for hearing on September 23, 2024.

      As of the date of this Order to Show Cause ("OSC"), Plaintiff Romero has failed to file opposition papers. Pursuant to this Court's Local Rules, a party must file opposition papers, or a notice of non-opposition, no later than twenty-one days before the date designated for the hearing on the Motion. L.R. 7-9. Accordingly, Plaintiff Romero should have filed an opposition, or a notice of non-opposition, by September 9, 2024. See L.R. 7-9.

      Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." L.R. 7-12. Furthermore, Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to *sua sponte* dismiss actions for failure to comply with court orders. See Fed. R. Civ. P. 41(b).

     Accordingly, the Court **ORDERS** Plaintiff Romero to file an opposition *or* a notice of non-opposition by **Monday, September 23, 2024**. Failure to comply with this Court's order may result the dismissal of the entire action.

     The Court **CONTINUES** the hearing on Federal Defendants' Motion to **October 7, 2024 at 9:00 a.m.**

**IT IS SO ORDERED.**